No. 77–922. CHRYSLER CORP. v. BROWN, SECRETARY OF DEFENSE, ET AL. C. A. 3d Cir. [Certiorari granted, 435 U. S. 914.] Motion of petitioner for leave to file supplemental brief after argument granted.

No. 77–1575. FEDERAL COMMUNICATIONS COMMISSION v. MIDWEST VIDEO CORP. ET AL.;
No. 77–1648. AMERICAN CIVIL LIBERTIES UNION v. FEDERAL COMMUNICATIONS COMMISSION; and
No. 77–1662. NATIONAL BLACK MEDIA COALITION ET AL. v. MIDWEST VIDEO CORP. ET AL. C. A. 8th Cir. [Certiorari granted, ante, p. 816.] Motion of the Solicitor General to dispense with printing appendix granted.

No. 77–1578. BROADCAST MUSIC, INC., ET AL. v. COLUMBIA BROADCASTING SYSTEM, INC., ET AL.; and
No. 77–1583. AMERICAN SOCIETY OF COMPOSERS, AUTHORS, & PUBLISHERS ET AL. v. COLUMBIA BROADCASTING SYSTEM, INC., ET AL. C. A. 2d Cir. [Certiorari granted, ante, p. 817.] Motions of National Broadcasting Co., Inc., American Broadcasting Companies, Inc., and National Religious Broadcasters, Inc., for leave to file briefs as amici curiae granted. Motion of All-Industry Television Music License Committee for leave to participate in oral argument as amicus curiae denied.

No. 77–1652. FEDERAL ENERGY REGULATORY COMMISSION v. SHELL OIL CO. ET AL.; and
No. 77–1654. CONSUMER ENERGY COUNCIL OF AMERICA v. FEDERAL ENERGY REGULATORY COMMISSION. C. A. 5th Cir. [Certiorari granted, ante, p. 817.] Motion of the Solicitor General for additional time for oral argument denied. MR. JUSTICE STEWART took no part in the consideration or decision of this motion.

No. 78–5914. SCHREIBMAN v. WALTER E. HELLER & COMPANY OF PUERTO RICO ET AL. C. A. 1st Cir. Motion of Las Colinas Development Corp. for leave to proceed in forma pauperis denied. MR. JUSTICE STEWART would grant the motion.